UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDALL LEE SHEEHAN,

    Plaintiff,

    v.

CDCR - JAMESTOWN; *et al.*,

    Defendants.
_____/

No. C-12-5624 EMC (pr)

**ORDER OF TRANSFER**

Randall Lee Sheehan, an inmate currently at the California Substance Abuse Treatment Facility in Corcoran, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of events and omissions that occurred at a prison in Jamestown. The Jamestown facility is in Tuolumne County, which is located within the venue of the Eastern District of California. The defendants work at that prison or are located in Sacramento County, and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: December 18, 2012

_____
EDWARD M. CHEN
United States District Judge