UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL LEE SHEEHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR-JAMESTOWN, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02060-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 14, 18) |

　　　　Plaintiff Randall Lee Sheehan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 22, 2013, Plaintiff filed a motion requesting a court order to restrain CDCR retaliation.  (ECF No. 14.)

　　　　On May 21, 2013, the Magistrate Judge issued findings and recommendations that Plaintiff's motion to prevent future retaliation by the California Department of Corrections and Rehabilitation at Corcoran State Prison be denied without prejudice for lack of jurisdiction.[1]  (ECF No. 18.)  The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations must be filed within thirty days.  On June 24, 2013, Plaintiff filed 8

---

[1]　　The findings and recommendations included two incorrect references to the date that Plaintiff filed his motion for relief, i.e. April 18, 2013, and November 1, 2012.  (ECF No. 18, pp. 1, 2.)  However, the findings and recommendations correctly identified both the docket number and substance of Plaintiff's motion.  (ECF No. 18, p. 1.)  There is no indication that Plaintiff was prejudiced by the typographical errors because Plaintiff has not filed any other motions for preliminary injunctive relief in this action.

pages of written and typed objections, along with exhibits.  His total filing exceeded 100 pages.  (ECF No. 19.)

Plaintiff's objections include a restatement of the findings and recommendations and several pages of nonsensical paragraphs.  Plaintiff's written objections do not establish this court's jurisdiction to grant the preliminary injunctive relief that he requests against persons at Corcoran State Prison.  At this time, the court makes no determination regarding the merits of Plaintiff's underlying complaint, which was filed on November 1, 2012, and names Lt. E. Cervantes at CDCR-Jamestown.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, issued on May 21, 2013, are adopted in full;
2. Plaintiff's motion for preliminary injunctive relief, filed February 22, 2013, is DENIED with prejudice for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **July 1, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE