UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL LEE SHEEHAN,<br><br>            Plaintiff,<br><br>       v.<br><br>CDCR-JAMESTOWN, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-02060-LJO-BAM PC<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AND STAY OF ACTION FOR SIXTY DAYS AS MOOT<br><br>(ECF No. 3) |

Plaintiff Randall Lee Sheehan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 1, 2012, in the Northern District of California.  (ECF No. 1.)  On November 19, 2012, Plaintiff filed a motion for an extension of time and expansion of the record.  Plaintiff requested that the Court stay this action for sixty-days to allow him to perfect his claims and to determine the names of additional defendants.  (ECF No. 3.)  The matter was then transferred to the Eastern District of California on December 19, 2012.  (ECF No. 7.)

Plaintiff's request for an extension of time and a stay of this action for sixty-days is both unnecessary and moot.  More than sixty days have passed since Plaintiff requested an extension of time, and Plaintiff's complaint has not yet been screened pursuant to 28 U.S.C. 1915A.  Discovery

1

also has not opened in this matter.  As a result, the requested extension is no longer necessary and Plaintiff's request is DENIED as moot.

IT IS SO ORDERED.

Dated: **September 11, 2013**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE